```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x
In re:                              :

HOPE MILL VILLAGE ASSOCIATES, LLC   :    BK No. 08-12568
          Debtor                             Chapter 7
- - - - - - - - - - - - - - - - - -x
VINCENT R. COCCOLI, SR.             :
          Plaintiff
vs.                                 :    A.P. No. 10-1015

JOSEPH S. IZZI                      :
ROBERT LAFERRIERE
LAWRENCE LABONTE                    :
NELSE CLARK
NEW ENGLAND DEVELOPMENT &           :
FUNDING, LLC
THE STATE OF RHODE ISLAND           :
RHODE ISLAND DIVISION OF TAXATION
RHODE ISLAND DEPARTMENT OF REVENUE  :
RHODE ISLAND HISTORICAL
PRESERVATION & HERITAGE COMMISSION  :
          Defendants
- - - - - - - - - - - - - - - - - -x
```

**ORDER DISMISSING COMPLAINT AS TO DEFENDANT JOSEPH S.IZZI**

Heard on Defendant Joseph S. Izzi's Motion to Dismiss the Complaint as to him, for lack of subject matter jurisdiction. For the reasons stated in Izzi's motion, and more generally for the reasons explained in this Court's Decision and Order dated March 16, 2011, dismissing the Complaint in this same Adversary Proceeding against Defendants Lawrence Labonte, Nelse Clark and New England Development & Funding, LLC (Doc. No. 110), the Complaint is also **DISMISSED**, with prejudice, as to Mr. Izzi.

Entered as an Order of this Court.

Dated at Providence, Rhode Island, this   22nd   day of March, 2011.

                                                      */s/ Arthur N. Votolato*
                                        Arthur N. Votolato
                                        U.S. Bankruptcy Court

Entered on docket: 3/22/11