UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x
In re:                              :

HOPE MILL VILLAGE ASSOCIATES, LLC  :    BK No. 08-12568
             Debtor                     Chapter 7
- - - - - - - - - - - - - - - - - -x
VINCENT R. COCCOLI, SR.            :
             Plaintiff
vs.                                :    A.P. No. 10-1015

JOSEPH S. IZZI                     :
ROBERT LAFERRIERE
LAWRENCE LABONTE                   :
NELSE CLARK
NEW ENGLAND DEVELOPMENT &          :
FUNDING, LLC
THE STATE OF RHODE ISLAND          :
RHODE ISLAND DIVISION OF TAXATION
RHODE ISLAND DEPARTMENT OF REVENUE :
RHODE ISLAND HISTORICAL
PRESERVATION & HERITAGE COMMISSION :
             Defendants
- - - - - - - - - - - - - - - - - -x

## SUA SPONTE ORDER DISMISSING COMPLAINT
## AS TO DEFENDANT ROBERT LAFERRIERE

        In a series of Orders the Court has dismissed the Complaint as

to most of the Defendants in this Adversary Proceeding for lack of

subject matter jurisdiction.  The sole Defendant remaining is Robert

Laferriere.  After again reviewing the Amended Complaint, the case,

and this Court's prior orders, I am satisfied that the claims

asserted here by Vincent R. Coccoli, Sr., are unrelated to the

bankruptcy case and are therefore, outside the jurisdiction of this

Court.  Federal Rule of Civil Procedure 12(h)(3), made applicable

by Fed. R. Bankr. P. 7012, provides that "[i]f the court determines

at any time that it lacks subject matter jurisdiction, the court

BK No. 08-12568; AP 10-1015

*must* dismiss the action." (Emphasis added.)  For the jurisdictional reasons more fully explained in this Court's Decision and Order dated March 16, 2011, dismissing the Complaint in this same Adversary Proceeding against Defendants Lawrence Labonte, Nelse Clark and New England Development & Funding, LLC (Doc. No. 110), the Complaint is **DISMISSED,** with prejudice, as to Mr. Laferriere, the last remaining Defendant.

Entered as an Order of this Court.

Dated at Providence, Rhode Island, this    22nd         day of March, 2011.

Arthur N. Votolato
U.S. Bankruptcy Court

Entered on docket: 3/22/11

2